448 A.2d 1183

Commonwealth v. Bonner, Appellant.

Petition for Allowance of Appeal Denied Nov. 3, 1982.

 Submitted September 10, 1981. Jack M. Myers, for

* President Judge John Q. Stranahan of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman of the Court of Common Pleas of Chester County, Pennsylvania, are sitting by designation.

appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Order dated January 14, 1981 denying Post Conviction Relief is affirmed.